CORTIJO ET AL., DEMANDANTES Y APELANTES, *v.* ROSARIO ET AL., DEMANDADOS Y APELADOS.

No. 3075.—*Visto:* Febrero 1, 1924. *Resuelto:* Junio 23, 1924.

REIVINDICACIÓN—PRUEBA.—La demanda de reivindicación en este caso se funda en que los demandantes no habían vendido sus derechos hereditarios en la finca cuyo título de dominio instó el demandado alegando haber adquirido la mitad a título de herencia materna y la otra mitad por compra a los demandantes. Examinada la evidencia en la opinión la corte llega a la conclusión de que la negada venta es cierta, por lo cual se confirmó la sentencia que desestimó la demanda.

ID.—APELACIÓN—ALEGACIONES.—En apelación no pueden cambiarse los términos en que las alegaciones plantearon el debate.

SENTENCIA de *M. Rodríguez Serra*, J. (Segundo Distrito, San Juan), declarando sin lugar la demanda, con costas. *Confirmada.*

*J. Martínez Dávila* y *E. Campillo*, abogados de los apelantes; *R. Sancho Bonet* y *M. M. Ginorio*, abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Esta apelación ha sido interpuesta por los demandantes contra sentencia que declaró sin lugar su demanda después de celebrado el juicio.

Los apelantes son los herederos colaterales de Celestino Cortijo Rosario fallecido en el año 1899 sin descendientes y alegan ser dueños de la mitad de la finca descrita en la demanda que su causante compró durante su matrimonio con María de los Angeles Rosario, a quien heredó su hijo natural reconocido Evaristo Rosario, y que éste en el año 1909 tramitó un expediente de dominio, prescindiendo del título anterior, con el fin de privar a los demandantes de su derecho en la finca, alegando que la había adquirido la mitad por herencia de su madre y la otra mitad por compra a los demandantes, quienes no han vendido a Evaristo Rosario ni a persona alguna sus derechos como herederos

de Celestino Cortijo Rosario, y que aprobado el expediente
de dominio fué inscrito en el registro de la propiedad ha-
biendo vendido Evaristo Rosario algunas parcelas de ella.
La demanda está dirigida contra Evaristo Rosario y con-
tra otras personas.

Resulta de la prueba que Jacinto Rivera compró la finca
al gobierno español en el año 1873 por precio pagadero en
nueve años y que en 1880 solicitó de la Intendencia Gene-
ral de Hacienda el traspaso de ella a favor de Celestino
Cortijo Rosario, habiéndose resuelto por la Intendencia
que para la aprobación del traspaso y otorgamiento de es-
critura a favor de Cortijo se ratificase el contrato ante
el Alcalde de Loíza imponiéndose la condición de que los
plazos vencidos habían de ser satisfechos al Tesorero an-
tes de concederse lo que se solicitaba, sin que aparezca
que esa escritura se otorgara, pero consta que desde 1886
Cortijo figuraba como dueño de la finca habiendo pagado
todos los plazos. También resulta que los demandantes,
menos uno, fueron citados en el expediente de dominio sin
que se opusieran a él y en el mismo se presentaron tres
declaraciones de personas que ahora han fallecido, siendo
una de ellas la de un hermano y heredero del causante Ce-
lestino Cortijo Rosario, según las cuales los herederos de
éste vendieron sus participaciones en la finca a Evaristo
Rosario; y resulta de una escritura notarial que todos los
demandantes compraron a Evaristo Rosario una parcela
de esa finca, haciendo constar en ese documento el vende-
dor que es dueño de la finca por haberla adquirido la mi-
tad por herencia de su madre y la otra mitad por compra
a la Sucesión de Celestino Cortijo Rosario.

En vista de los hechos expuestos y a pesar de que los
demandantes declararon en el juicio no haber vendido a
Evaristo Rosario sus participaciones en la finca como he-
rederos de Celestino Cortijo Rosario, llegamos a la conclu-
sión de que esa venta es cierta, hecho que ellos mismos
aceptaron al comprar parte de la finca a Evaristo Rosario,

quien hizo constar en esa escritura que a ellos le había comprado una mitad de la finca.

Se alega en uno de los motivos del recurso que Evaristo Rosario no podía promover el expediente de dominio porque tenía título escrito anterior inscribible, pero la prueba no demuestra que el gobierno español llegara a otorgarle la escritura de venta.

También alegan como errores para el recurso defectos en la tramitación del expediente de dominio y en el otorgamiento de la escritura por la cual los demandantes compraron parte de la finca a Evaristo Rosario pero prescindiremos de ellos porque no fueron alegados en la demanda, que sólo se fundó en no haber vendido los demandantes sus derechos hereditarios a Evaristo Rosario y en que éste prescindió de un título anterior para obtener la declaración de su dominio, pues no es lícito en apelación cambiar los términos en que la cuestión fué planteada por las alegaciones.

*La sentencia apelada debe ser confirmada.*

Los Jueces Asociados Sres. Wolf y Franco Soto no intervinieron en la resolución de este caso.